DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID M. FELDBAUM, M.D.,**
Appellant,

v.

**SOUTH BROWARD HOSPITAL DISTRICT** d/b/a **MEMORIAL HEALTHCARE SYSTEM,**
Appellee.

No. 4D2022-2156

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Carlos A. Rodriguez, Judge; L.T. Case No. CACE17-006349 (14).

Richard H. Levenstein and Terry E. Resk of Nason, Yeager, Gerson, Harris & Fumero, P.A., Palm Beach Gardens, for appellant.

Thomas G. Aubin and David T. Coulter of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***